June 11, 2010

Mr. David L. Swanson
Stone Loughlin & Swanson, LLP
P.O. Box 30111
Austin, TX 78755

Mr. Wm. Randell Johnson
Law Offices of Wm. Randell Johnson
2809 Regal Road, Suite 100
Plano, TX 75075
Mr. John V. Fundis
Downs & Stanford, P.C.
2001 Bryan Street, Suite 4000
Dallas, TX 75201

RE: Case Number: 09-0292
 Court of Appeals Number: 05-08-00276-CV
 Trial Court Number: DC-07-04802

Style: ZENITH INSURANCE COMPANY
 v.
 CARMEN AYALA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |